UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST CITIZENS BANK AND TRUST COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA LEA WILSON,<br><br>　　　　　　Defendant. | CASE NO. C14-1842-JCC<br><br>ORDER |

This matter comes before the Court on the judgment and mandate of the Ninth Circuit Court of Appeals affirming this Court's reversal of the bankruptcy court's grant of partial summary judgment (Dkt. Nos. 15, 16). This case is hereby REMANDED to the bankruptcy court for further proceedings in accordance with the judgment and mandate of the Court of Appeals.

DATED this 2nd day of November 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE